Laura A. Ensign and Stephen T. Ensign, Plaintiffs *pro se*
PO Box 564
Forest Grove, OR 97116
503-730-2900

ΒΑΝΚRUPTCY
DISTRICT OF OREGON
2016 APR 12 AM 10: 45
LODGED____REC'D ____
PAID ____ DOCKETED

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF OREGON

| | |
|---|---|
| IN RE LAURA A. ENSIGN AND STEPHEN T. ENSIGN, | Case No. 16-30920-pcm7 |
| Debtors | Chapter 7 |
| LAURA A. ENSIGN AND STEPHEN T. ENSIGN, | Adversary Proceeding No. |
| Plaintiffs, | |
| v. | ADVERSARY COMPLAINT |
| "U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE," | |
| Defendant. | |

In this matter of a certain real property, WE ALLEGE:

### 1. Parties and Jurisdiction

We are the joint owners of the real property which is the subject matter of this case, that property being located at 29425 N.W. Mount Richmond Road, Gaston, Oregon.

According to our Secretary of State, Defendant "U.S. BANK, NATIONAL ASSOCIATION" is registered as an ABN entity number 462395-88.

This court has jurisdiction pursuant to 28 U.S.C.A. §157 and §1334, and FRBP (the Federal Rules of Bankruptcy Procedure) 7001(1), (2) and (9).

Page 1 - COMPLAINT

## 2. Adversary

We commence this adversary proceeding to determine the validity or extent of Defendant's claim against our property. Defendant named above has made aggressive, bad faith and fraudulent claims against our property based on a lost Note, and in spite of gross violations of the Fair Debt Collections Act ("FDCPA"), is now threatening to foreclose with the blessing of the Circuit Court for Yamhill County.

## 3. Rule 7008 statement

As required by FRBP 7008(a), to the best of our knowledge and understanding this is a non-core proceeding pursuant to 28 U.S.C.A. § 157.

## 4. Judgment sought

We are entitled to seek this court's declaratory judgment based on FRBP 7001 "to determine the validity, priority, or extent of a lien or other interest in property":

A. Under the *actual and genuine* instruments material to this property,

B. Under applicable Oregon law, and if Defendant is negligent *per se*;

C. Declare who are the real parties in interest and who are strangers to the Note and Deed of Trust;

D. If Defendant is found to be a stranger to those instruments, and/or our Note is lost as provided by ORS 73.0309, to remove its cloud from our property's

Page 2 - COMPLAINT

title as "Further necessary or proper relief"; *and*

E. As part of "Further necessary or proper relief" apply all penalties allowed by the FDCPA.

## 5. Injunctive relief

The nature of declaratory proceedings provides we may also seek further necessary or proper relief. We reserve the right to invoke FRBP 7065 for injunctive relief to bar Defendant or its agents from proceeding against this property during the pendency of this case.

## 6. Recovering Costs And Disbursements

We reserve the right to recover all costs and disbursements at the appropriate stage of this case.

## 7. Request for relief

We pray this court declare our rights and other legal relations according to the above, and all other relief as this court finds lawful, just and equitable.

We reserve the right to have this Complaint construed so as to do justice according to applicable law.

*Submitted with all rights reserved on April   11   2016*

Laura A. Ensign and Stephen T. Ensign, Plaintiffs *pro se*

Page 3 - COMPLAINT

# Business Registry Business Name Search

## Business Entity Names returned for:
Name: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
Using: Exact Words in Any Word Order
For Active and Inactive businesses.

**04-10-2016**
**09:31**

| Record No | Entity Type | Entity Status | Registry Number | Name Status | Name | Assoc Search |
|-----------|-------------|---------------|-----------------|-------------|------|--------------|
| | | | | | | |

Your search returned no business entity names.

© 2016 Oregon Secretary of State. All Rights Reserved.

04/10/2016 09:32 AM

B104 (10/06)     **ADVERSARY PROCEEDING COVER SHEET**
(Instructions on Page 2)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| LAURA A ENSIGN AND STEPHEN T ENSIGN | "U.S.BANK NATIONAL ASSOCIATION, AS TRUSTEE" |

| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
|---|---|
| none | JESSE A.P. BAKER 4375 JUTLAND DRIVE SUITE 200 P.O. BOX 17933, SAN DIEGO, CA 92177-0933 |

**PARTY** (Check One Box Only)

☒ Debtor  ☐ Creditor  ☐ Trustee  ☐ U.S. Trustee  ☐ Other

**PARTY** (Check One Box Only)

☐ Debtor  ☒ Creditor  ☐ Trustee  ☐ U.S. Trustee  ☐ Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

"Validity or extent of defendant's claim against our property . 28 U.S.C.A. §157 and §1334: 11a U.S.C.A. Rule 7001"

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
☐ 41-Objection/revocation of discharge - §727(c), (d), (e)

**FRBP 7001(5) - Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
☐ 66-Dischargeability - §523(a)(1), (14), (14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
☐ 61-Dischargeability §523(a)(5), domestic support
☐ 68-Dischargeability §523(a)(6), willful and malicious injury
☐ 63-Dischargeability §523(a)(8), student loan
☐ 64-Dischargeability §523(a)(15), divorce/sep property settlement/decree
☐ 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
☒ 71-Injunctive relief - reinstatement of stay
☒ 72-Injunctive relief - other

**FRBP 7001(8) - Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) - Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) - Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 USC §§78aaa *et. seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☒ Check if this case involves a substantive issue of state law

☐ Check if this is asserted to be a class action under FRCP 23

☐ Check if a jury trial is demanded in complaint

Demand $

Other Relief Sought
"As provided in our Complaint"

Case 16-03043-pcm    Doc 1    Filed 04/12/16

<table>
<tr><td colspan="3" align="center">**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**</td></tr>
<tr><td colspan="2">NAME OF DEBTOR<br>Laura A Ensign and Stephen T Ensign</td><td>BANKRUPTCY CASE NO.<br>16-30920-pcm7</td></tr>
<tr><td>DISTRICT IN WHICH CASE IS PENDING<br>Oregon</td><td>DIVISIONAL OFFICE</td><td>NAME OF JUDGE</td></tr>
<tr><td colspan="3" align="center">**RELATED ADVERSARY PROCEEDING (IF ANY)**</td></tr>
<tr><td>PLAINTIFF</td><td>DEFENDANT</td><td>ADVERSARY PROCEEDING NO.</td></tr>
<tr><td>DISTRICT IN WHICH ADVERSARY IS PENDING</td><td>DIVISIONAL OFFICE</td><td>NAME OF JUDGE</td></tr>
<tr><td colspan="3">SIGNATURE OF ATTORNEY (OR PLAINTIFF)</td></tr>
<tr><td>DATE</td><td colspan="2">PRINT NAME OF ATTORNEY (OR PLAINTIFF)</td></tr>
</table>

# INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the adversary proceeding is filed electronically through the court's ECF system. When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties.** Give the names of the parties to the adversary proceeding exactly as they appear on the complaint. Give the names and addresses of the attorneys if known.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

APCS-B104 (10/16/06)    Page 2 of 2