Jesse A.P. Baker (SBN 100017)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 326-2430

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN T. ENSIGN AND LAURA A. ENSIGN,<br><br>Debtor. | Case No. 16-30920-pcm7<br><br>Chapter 7<br><br>Adv. Case No. 16-03043-pcm |
| STEPHEN T. ENSIGN AND LAURA A. ENSIGN ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Defendant. | **DECLARATION OF JESSE A. P. BAKER IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br><u>Filed concurrently with:</u><br>Notice of Motion to Dismiss Complaint<br>Motion to Dismiss Complaint<br>Memorandum of Points and Authorities<br>Corporate Disclosure Statement<br>Request for Judicial Notice |

I, Jesse A. P. Baker, declare the following under penalty of perjury:

1. I am over 18 years of age and am employed as an attorney at Aldridge Pite, LLP.

2. I represent U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 ("U. S. Bank, N.A.") in this Bankruptcy.

3. Aldridge Pite, as undersigned counsel for U.S. Bank, N.A., is in possession of the original promissory note, in its Mercer Island office. Exhibit A is a true and correct copy of the original Note.

4. The original Note is indorsed in blank, and the indorsement is located on the back of page 5 of the Note. *See* Exhibit A.

5. Attached is a true and correct copy of the Recorded Deed of Trust executed by Plaintiffs on September 15, 2006 as tenants by the entirety, and recorded in the official records of Yamhill County as instrument number 200621774. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12TH day of May 2016, at Mercer Island, Washington.


**ALDRIDGE PITE, LLP**


Dated: May 12, 2016  By:  /s/ *Jesse A.P. Baker*
Jesse A.P. Baker, OSB# 100017)
9311 SE 36th Street #100
Mercer Island, WA 98040
Telephone: (425) 644-6471
Attorneys for Movant U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7

Mailing Address:
4375 Jutland Drive, Ste. 200
P.O. Box 17933
San Diego, CA 92177-0933

Telephone: (858) 750-7600
Facsimile: (858) 412-2704
E-Mail: jbaker@aldridgepite.com