Jesse A.P. Baker (SBN 100017)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 326-2430

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF OREGON - PORTLAND DIVISION**

| | |
|---|---|
| In re<br><br>STEPHEN T. ENSIGN AND LAURA A. ENSIGN,<br><br>Debtors. | Case No. 16-30920-pcm7<br><br>Chapter 7<br><br>Adv. Case No. 16-03043-pcm |
| STEPHEN T. ENSIGN AND LAURA A. ENSIGN ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Defendant. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF STANDING, DISCRETIONARY ABSTENTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br><u>Filed concurrently with:</u><br>Notice of Motion to Dismiss Complaint<br>Motion to Dismiss Complaint<br>Memorandum of Points and Authorities<br>Corporate Disclosure Statement<br>Declaration of Jesse A. P. Baker |

*Defendant* U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 ("<u>U.S. Bank</u>") respectfully requests that the Court take judicial notice of the records more particularly described below pursuant to Rule 201(b) and Rule 201(d) of the Federal Rules of Evidence, which are made applicable to this

proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure:

- **Exhibit A:** PACER docket for U.S. Bankruptcy Court case 16-30920-pcm7 in the District of Oregon, Portland Division.

- **Exhibit B:** Official Form 106D Schedule D: Creditors Who Have Claims Secured by Property.

- **Exhibit C:** U. S. Bank's Notice and Motion for Relief from Stay.

- **Exhibit D:** Order Granting Motion for Relief from Automatic Stay Under 11 U.S.C. § 362 entered on April 22, 2016, in bankruptcy court 16-30920-pcm7.

Pursuant to Federal Rule of Evidence 201, the court may take judicial notice of adjudicative facts, which are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Notably, the Court may "take judicial notice of facts that are a matter of public record." *Hefner v. Chao*, 2009 WL 2485754, *1 (S.D. Cal. 2009); *Lee v. City of Los Angeles*, 250 F. 3d 668, 689 (9th Cir. 2001); *Mack v. South Bay Beer Distrib.*, 798 F. 2d 1279, 1282 (9th Cir. 1986) (overruled in part on other grounds by *Astoria Federal Sav. and Loan Ass'n v. Solimino*, 501 U.S. 104 (1991)).

The Court may take judicial notice of the documents referenced herein because they are matters of public record.

**ALDRIDGE PITE, LLP**

Dated: May 11, 2016    By:   /s/ *Jesse A.P. Baker*
  Jesse A.P. Baker, OSB# 100017)
  9311 SE 36th Street #100
  Mercer Island, WA 98040
  Telephone: (425) 644-6471
  Attorneys for Movant U.S. Bank National
  Association, as Trustee for GreenPoint Mortgage
  Funding Trust Mortgage Pass-Through Certificates,
  Series 2006-AR7

Mailing Address:
4375 Jutland Drive, Ste. 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (858) 412-2704
E-Mail: jbaker@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**

- 3 -  CASE NO. 16-03043-pcm

**REQUEST FOR JUDICIAL NOTICE**