# 16-30920-tmb7 | Stephen T. Ensign and Laura A. Ensign

DBFINMGMT, JDBFINMGMT, ABUSENO

## U.S. Bankruptcy Court
## District of Oregon
## Bankruptcy Petition #: 16-30920-tmb7

| | |
|---|---|
| *Date filed:* | 03/14/2016 |
| *341 meeting:* | 04/18/2016 |
| *Deadline for objecting to discharge:* | 06/17/2016 |
| *Deadline for financial mgmt. course:* | 06/02/2016 |

*Assigned to:* Judge Trish M Brown
Chapter 7
Voluntary
Unknown assets

**Debtor**
**Stephen T. Ensign**
POB 564
Forest Grove, OR 97116
WASHINGTON-OR
503-730-2900
SSN / ITIN: xxx-xx-8519

represented by **Stephen T. Ensign**
PRO SE

**Joint Debtor**
**Laura A. Ensign**
POB 564
Forest Grove, OR 97116
WASHINGTON-OR
503-730-2900
SSN / ITIN: xxx-xx-0492

represented by **Laura A. Ensign**
PRO SE

**Trustee**
**Stephen P Arnot**
POB 1963
Lake Oswego, OR 97035
503-227-5093

**U.S. Trustee**
**US Trustee, Portland**
620 SW Main St #213

EXHIBIT A

Portland, OR 97205

(503) 326-4000

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2016 | 24 | Certificate of Notice Re: 23Order re: Trustee's Objections to Claimed Exemptions, and Order Thereon. (lew). Related document(s) 18Trustee's Objection to Claimed Exemptions filed by Trustee Stephen P Arnot. Modified on 4/26/2016 (pjk). Note: Added Link to Related Docket Entry # 18.. (Admin.) (Entered: 04/28/2016) |
| 04/26/2016 | 23 | Order re: Trustee's Objections to Claimed Exemptions, and Order Thereon. (lew). Related document(s) [18] Trustee's Objection to Claimed Exemptions filed by Trustee Stephen P Arnot. Modified on 4/26/2016 (pjk). Note: Added Link to Related Docket Entry #[18]. |
| 04/24/2016 | 22 | Certificate of Notice Re: 20Order re: 10Notice and Motion for Relief from Stay Filed by Creditor U.S. Bank National Association, as trustee (lew). (Admin.) (Entered: 04/24/2016) |
| 04/24/2016 | 21 | Certificate of Notice Re: 19Order Re: 10Notice and Motion for Relief from Stay Filed by Creditor U.S. Bank National Association, as trustee (lew). (Admin.) (Entered: 04/24/2016) |
| 04/22/2016 |   | Case Reassigned to Judge Trish M Brown. Involvement of Judge Peter C McKittrick Terminated. Reason: Potential PCM conflict. (lew) |
| 04/22/2016 | 20 | Order re: [10] Notice and Motion for Relief from Stay Filed by Creditor U.S. Bank National Association, as trustee (lew) |
| 04/22/2016 | 19 | Order Re: [10] Notice and Motion for Relief from Stay Filed by Creditor U.S. Bank National Association, as trustee (lew) |
| 04/22/2016 | 18 | Trustee's Objection to Claimed Exemptions Filed by Trustee Stephen P Arnot. (Arnot, Stephen) |
| 04/22/2016 | 17 | Inventory and Report of Undetermined Assets. Trustee reports that diligent inquiry has been made into the whereabouts of property belonging to the estate, and is in the process of determining whether there is any value to property of the estate that is over and above the exemptions claimed by the debtor(s) and will provide a meaningful distribution to creditors (Re:[1] Notice of Meeting of Creditors Set for 04/18/2016 at 09:30 AM at UST1, US Trustee's Office, Portland, Rm 223, Objection to Discharge Due 06/17/2016, Fin Mgmt Certificate Due 06/02/2016.(jed)). Filed by Trustee Stephen P Arnot. (Arnot, Stephen) |
| 04/21/2016 | 16 | Receipt of Amendment Filing Fee - $30.00 by PK. Receipt Number 323567. (admin) |
| 04/21/2016 | 15 | Notice of Amended Schedules: Schedule E/F: Filed By Joint Debtor Laura A. Ensign, Debtor Stephen T. Ensign (lew) |

EXHIBIT A

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/19/2016 | 14 | Hearing Held. Re: [10] Notice and Motion for Relief from Stay Filed by Creditor U.S. Bank National Association, as trustee. (gjd) |
| 04/12/2016 | 13 | Response and Notice of Hearing Re: Relief from Stay. Filed by Joint Debtor Laura A. Ensign, Debtor Stephen T. Ensign Re: [10] Notice and Motion for Relief from Stay Filed by Creditor U.S. Bank National Association, as trustee Hearing Scheduled for 04/19/2016 at 01:30 PM by Telephone Hearing. (lew) |
| 04/12/2016 | 12 | Adversary case 16-03043. Complaint by Stephen T. Ensign , Laura A. Ensign against U.S. Bank National Association Fee Exempt Nature of Suit:(21 (Validity, priority or extent of lien or other interest in property)) ,(71 (Injunctive relief - reinstatement of stay)) ,(72 (Injunctive relief - other)) ,(91 (Declaratory judgment))(lew) |
| 03/30/2016 | 11 | Receipt of Filing Fee for Notice and Motion for Relief from Stay( 16-30920-pcm7) [motion, mrlfsty] ( 176.00). Receipt Number A14136463. (re:Doc#[10]) (U.S. Treasury) |
| 03/30/2016 | 10 | Notice and Motion for Relief from Stay Filed by Creditor U.S. Bank National Association, as trustee (BAKER, JESSE) |
| 03/30/2016 | 9 | Special Notice Request Filed By Creditor U.S. Bank National Association, as trustee (BAKER, JESSE) |
| 03/24/2016 | 8 | Notice of Appearance/Representation Filed By Creditor Ocwen Loan Servicing, LLC (BAKER, JESSE) |
| 03/16/2016 | 7 | BNC Certificate of Notice of 1Notice of Meeting of Creditors Set for 04/18/2016 at 09:30 AM at UST1, US Trustee's Office, Portland, Rm 223, Objection to Discharge Due 06/17/2016, Fin Mgmt Certificate Due 06/02/2016.(jed). (Admin.) (Entered: 03/16/2016) |
| 03/15/2016 |  | Notice of Debtor's Prior Filings for joint debtors Stephen T. Ensign and Laura A. Ensign Case Number 94-32094, Chapter 7 filed in Oregon Bankruptcy Court on 04/07/1994; Case Number 94-31033, Chapter 13 filed in Oregon Bankruptcy Court on 02/22/1994.(Admin) (Entered: 03/15/2016) |
| 03/14/2016 | 6 | Chapter 7 Statement of Current Monthly Income - OF 122A-1 Filed By Joint Debtor Laura A. Ensign, Debtor Stephen T. Ensign (lew) (Entered: 03/15/2016) |
| 03/14/2016 | 5 | Certificate of Credit Counseling Briefing Filed By Joint Debtor Laura A. Ensign, Debtor Stephen T. Ensign (lew) (Entered: 03/15/2016) |
| 03/14/2016 | 4 | Statement of Social Security Number (OF 121) (lew) (Entered: 03/15/2016) |
| 03/14/2016 | 3 | Chapter 7 Voluntary Petition Filed by Laura A. Ensign, Stephen T. Ensign (lew) (Entered: 03/15/2016) |

EXHIBIT A

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2016 | 2 | Receipt of Chapter 7 Filing Fee - $335.00 by JD. Receipt Number 323213. (admin) (Entered: 03/14/2016) |
| 03/14/2016 | 1 | Notice of Meeting of Creditors Set for 04/18/2016 at 09:30 AM at UST1, US Trustee's Office, Portland, Rm 223, Objection to Discharge Due 06/17/2016, Fin Mgmt Certificate Due 06/02/2016.(jed) (Entered: 03/14/2016) |
| 03/14/2016 |   | Commencement of Case. (jed) (Entered: 03/14/2016) |

EXHIBIT A

Case 16-03043-pcm    Doc 5-1    Filed 05/12/16