# Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen**<br>First Name | **T.**<br>Middle Name | **Ensign**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Laura**<br>First Name | **A.**<br>Middle Name | **Ensign**<br>Last Name |

United States Bankruptcy Court for the: **DISTRICT OF OREGON**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**Gratteri Les Schwab**
Creditor's name
**PO Box 667**
Number  Street

_____

**Prineville     OR    97754**
City           State   ZIP Code

Describe the property that secures the claim:   **$420.00**   **$500.00**

**Tires**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Account**

Date debt was incurred  **Opened 2010**   Last 4 digits of account number  ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   **$420.00**

**EXHIBIT B**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**Debtor 1** Stephen T. Ensign   Case number (if known) _____

**Part 1: Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

**2.2**
**US Bank**
Creditor's name
**800 Nicollet Mall**
Number  Street

**Minneapolis  MN  55402**
City  State  ZIP Code

Describe the property that secures the claim:
**29425 NW Mount Richmond Rd. Gaston, OR 97116**

Column A: $626,636.00
Column B: $485,000.00
Column C: $141,636.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   **$626,636.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$627,056.00**

EXHIBIT B

Official Form 106D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 2

Debtor 1 **Stephen** **T.** **Ensign**    Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Ocwen Loan Servicing** | On which line in Part 1 did you enter the creditor? | 2.2 |
|---|---|---|---|
|   | Name | | |
|   | **12650 Ingenuity Dr** | Last 4 digits of account number | ___ ___ ___ ___ |
|   | Number  Street | | |
|   | | | |
|   | **Orlando**      **FL**   **32826** | | |
|   | City            State  ZIP Code | | |

| 2 | **Robinson Tait PS** | On which line in Part 1 did you enter the creditor? | 2.2 |
|---|---|---|---|
|   | Name | | |
|   | **710 Second Ave Ste 710** | Last 4 digits of account number | ___ ___ ___ ___ |
|   | Number  Street | | |
|   | | | |
|   | **Seattle**      **WA**   **98104** | | |
|   | City            State  ZIP Code | | |

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    **EXHIBIT B** page 3

Case 16-33923-pcm7    Doc 5-2    Filed 05/14/16