Jesse A.P. Baker (SBN 100017)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 326-2430

Attorneys for *Defendant*
Ocwen Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN T. ENSIGN AND LAURA A. ENSIGN,<br><br>Debtor. | Case No. 16-30920-pcm7<br><br>Chapter 7<br><br>Adv. Case No. 3:16-ap-03043 |
| STEPHEN T. ENSIGN AND LAURA A. ENSIGN,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>Defendants. | **OCWEN LOAN SERVICING, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1, *defendant* Ocwen Loan Servicing, Inc. ("Ocwen") respectfully submits this Corporate Disclosure Statement and states as follows:

  1. Ocwen is a Florida Limited Liability Company that is a wholly owned subsidiary of Ocwen Financial Corporation.

  2. Ocwen Financial Corporation is a publicly traded company.

3. No publicly traded company owns more than 10% of Ocwen Financial Corporation's stock.

Ocwen makes these disclosures solely for the purpose of Federal Rule of Bankruptcy Procedure 7007.1 and reserves the right to supplement them as needed.

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: May 11, 2016  /s/ *Jesse A.P. Baker*
JESSE A.P. BAKER
Attorneys for *Defendant* Ocwen Loan Servicing, LLC