Jesse A.P. Baker (SBN 100017)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 326-2430

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN T. ENSIGN AND<br>LAURA A. ENSIGN,<br><br>Debtors. | Case No. 16-30920-pcm7<br><br>Chapter 7<br><br>Adv. Case No. 16-03043 |
| STEPHEN T. ENSIGN AND LAURA A. ENSIGN ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Defendant. | **NOTICE OF MOTION TO DISMISS COMPLAINT FOR LACK OF STANDING, DISCRETIONARY ABSTENTION AND FAILURE TO STATE A CLAIM**<br><br><u>Filed concurrently with:</u><br>Motion to Dismiss Complaint<br>Memorandum of Points and Authorities<br>Request for Judicial Notice<br>Corporate Disclosure Statement |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that *Defendant* U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 ("<u>U.S. Bank</u>") has filed its Motion to Dismiss Complaint for Lack of Standing, Discretionary Abstention and Failure to State a Claim Upon Which Relief can be Granted ("<u>Motion to Dismiss</u>").

**IF YOU OPPOSE** U.S. Bank's Motion to Dismiss, you must file your written response with the Court Clerk, **NOT LATER THAN THE RESPONSE DATE**.

**IF NO RESPONSE IS TIMELY FILED AND SERVED**, the Court may, in its discretion **GRANT U.S. BANK'S MOTION TO DISMISS, WITHOUT FURTHER NOTICE OR HEARING**.

U.S. Bank's Motion to Dismiss is based upon the Motion, the Memorandum of Points and Authorities, the Declaration of Jesse A. P. Baker, and the Request for Judicial Notice filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties.

**ALDRIDGE PITE, LLP**

Dated: May 11, 2016     By:   /s/ *Jesse A.P. Baker*
Jesse A.P. Baker, OSB# 100017)
9311 SE 36th Street #100
Mercer Island, WA 98040
Telephone: (425) 644-6471
Attorneys for Movant U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7

Mailing Address:
4375 Jutland Drive, Ste. 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (858) 412-2704
E-Mail: jbaker@aldridgepite.com