10:30    16-3043 tmb ap        **Ensign et al v. U.S. Bank National Association**
         16-30920              **Pretrial Conference**
                               Stephen T. Ensign - pla
                               U.S. Bank National Association - dft JESSE A BAKER

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JUN - 7 2016

Evidentiary Hearing:        Yes: ☐        No: ☐          LODGED_____ REC'D_____
                                                         PAID_____ DOCKETED_____

_Response to Motion to Dismiss
is due June 27, 2016_

_July 5th, 1:30 pm telephone_

_Argument —_

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☐   _____

**OD3 - Dismissal Order**
     #1 _____ Settled _____ (21) days.
     #2 _____ to Prepare Judgement/order _____ (21) days.
     #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
     #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.
     #2 _____ Planning Conf. by ____-____-____/ No report.
     #3 _____ Discovery can proceed.
     #4 _____ No Planning Conf./Initial disclosures by ____-____-____.
     #5 _____ Discovery limited to _____

Docket Entry:   _It is ordered that plaintiffs have until June 27, 2016
to file a response to the Motion to Dismiss._
                                                    _Trish M Brown_
_Cc Mr. Ensign
Mr. Baker_                                          Run Date:      06/07/16

Case 16-03043-tmb    Doc 14    Filed 06/07/16