Jesse A.P. Baker (SBN 100017)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 326-2430

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN T. ENSIGN AND<br>LAURA A. ENSIGN,<br><br>       Debtor. | Case No. 16-30920-pcm7<br><br>Chapter 7<br><br>Adv. Case No. 3:16-ap-03043 |
| STEPHEN T. ENSIGN AND<br>LAURA A. ENSIGN,<br><br>       Plaintiff,<br><br>   vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE,<br><br>       Defendants. | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1, *Defendant* U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 ("<u>U.S. Bank</u>") respectfully submits this corporate disclosure statement and state as follows:

     1.    U.S. Bank National Association is a wholly owned indirect subsidiary of U.S. Bancorp.

Case 16-03043-tmb    Doc 23    Filed 06/30/16

2.     No other publicly-held corporation, other than U.S. Bancorp, directly or indirectly owns 10 percent or more of any class of U.S. Bank's equity interests.

U.S. Bank makes these disclosures solely for the purpose of Federal Rule of Bankruptcy Procedure 7007.1 and reserves the right to supplement them as needed.

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: June 28, 2016

/s/ *Jesse A.P. Baker*
JESSE A.P. BAKER
Attorneys for *Defendant* U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7

**CORPORATE DISCLOSURE STATEMENT**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

**CASE NO. 16-03403-pcm**

## CERTIFICATE OF SERVICE BY MAIL

I, Meliza Martinez-Meza, am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

On June 30, 2016, I served the attached CORPORATE DISCLOSURE STATEMENT by placing a true copy thereof in an envelope addressed to:

Stephen T. Ensign
Laura A. Ensign
POB 564
Forest Grove, OR 97116

Honorable Peter C. McKittrick
U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204

which envelope was then sealed and postage fully prepaid thereon, and deposited in the United States Mail at San Diego, California. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2016                                    */s/ Meliza Martinez-Meza*
                                                                      MELIZA MARTINEZ-MEZA

**CORPORATE DISCLOSURE STATEMENT**