| | | |
|---|---|---|
| 07/05/2016 | TUESDAY | Judge Trish M Brown |
| 1:30 PM 16-3043 tmb ap | Ensign et al v. U.S. Bank National Association | |
| 16-30920 | First Amended Notice of Motion to Dismiss Complaint for Lack of Standing, Discretionary Abstention and Failure to State a Claim Upon Which Relief Can Be Granted Re: 7 Notice Filed By Defendant U.S. Bank National Association (BAKER, JESSE) (11) | |

✓ Stephen T. Ensign - pla
✓ U.S. Bank National Association - dft JESSE A BAKER

**Evidentiary Hearing:** Yes: ☐  No: ☑

Motion is granted
Complaint is dismissed

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐ _____

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by __-__-__ / Conf. Report by __-__-__
  #2 _____ Planning Conf. by __-__-__ / No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by __-__-__.
  #5 _____ Discovery limited to _____.

Docket Entry: Complaint is Dismissed
- Plaintiffs have 14 days from today to file an Amended Complaint.

/s/ Trish M Brown

cc M. Ensign
   M. Baker

Run Date: 07/05/16

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
JUL -6 2016
LODGED ____ REC'D ____
PAID ____ DOCKETED ____

Case 16-03043-tmb   Doc 24   Filed 07/06/16