```
                          United States Bankruptcy Court
                                District of Oregon
Ensign,
          Plaintiff                                        Adv. Proc. No. 16-03043-tmb

U.S. Bank National Association,
          Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.            Page 1 of 1          Date Rcvd: Jul 06, 2016
                              Form ID: pdf018         Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2016.
```
pla         +Laura A. Ensign,    POB 564,    Forest Grove, OR 97116-0564
pla         +Stephen T. Ensign,    POB 564,    Forest Grove, OR 97116-0564
dft         +U.S. Bank National Association,    c/o Jesse A.P. Baker,    4375 Jutland Dr. #200,    POB 17933,
              San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Jul 07 2016 01:39:37      US Trustee, Portland,
              620 SW Main St #213,    Portland, OR 97205-3026
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2016 at the address(es) listed below:
```
NONE.                                                                                         TOTAL: 0
```

07/05/2016     TUESDAY     Judge Trish M Brown

1:30 PM 16-3043 tmb ap     Ensign et al v. U.S. Bank National Association

16-30920     First Amended Notice of Motion to Dismiss Complaint for Lack of Standing, Discretionary Abstention and Failure to State a Claim Upon Which Relief Can Be Granted Re: 7 Notice Filed By Defendant U.S. Bank National Association (BAKER, JESSE) (11)

✓ Stephen T. Ensign - pla
✓ U.S. Bank National Association - dft JESSE A BAKER

Evidentiary Hearing:    Yes: ☐    No: ☑

*Motion is granted*
*Complaint is dismissed*

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐ _____

**OD3 - Dismissal Order**
    #1 _____ Settled _____ (21) days.
    #2 _____ to Prepare Judgement/order _____ (21) days.
    #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
    #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___
    #2 _____ Planning Conf. by ___-___-___/ No report.
    #3 _____ Discovery can proceed.
    #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
    #5 _____ Discovery limited to _____.

Docket Entry: *Complaint is Dismissed - Plaintiffs have 14 days from today to file an Amended Complaint.*

/s/ Trish M Brown

Cc Mr. Ensign
Mr. Baker

Run Date: 07/05/16

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
JUL -6 20__
LODGED____ REC'D____
PAID____ DOCKETED____