Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | ) |
| LAURA A. ENSIGN and STPHEN T. ENSIGN, | ) Case No. 16-30920-tmb7 |
| Debtors. | ) |
| LAURA A. ENSIGN and STPHEN T. ENSIGN, | ) Adversary Proceeding No. 16-03043-tmb |
| Plaintiffs, | ) ORDER GRANTING ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT |
| v. | ) |
| U. S. BANK NATIONAL ASSOCIATION, as Trustee, | ) |
| Defendant. | ) |

The court, being fully advised in the matter, hereby

ORDERS that plaintiffs shall have until August 1, 2016, to file an amended complaint.

### ###

cc: Laura & Stephen Ensign
Jesse A. Baker

Page 1 - ORDER GRANTING ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT